IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRADLEY B. MILLER, | § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:20-cv-759-E |
| VIRGINIA TALLEY DUNN, ET AL., | § § § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED for lack of subject matter jurisdiction.

SIGNED this 17th day of September, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE