# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 2, 2022
Lyle W. Cayce
Clerk

No. 20-11054

BRADLEY B. MILLER,

*Plaintiff—Appellant*,

*versus*

VIRGINIA TALLEY DUNN, *Individually*; ANDREA PLUMLEE, *In both Individual and Official Capacities*; DANIELLE DIAZ, *In both Individual and Official Capacities*; PATRICIA LINEHAN ROCHELLE, *In both Individual and Official Capacities*; DAVID H. FINDLEY, *In both Individual and Official Capacities*; MARYANN MIHALOPOULOS, IN BOTH INDIVIDUAL and OFFICIAL CAPACITIES, *also known as* MARYANN BROUSSEAU; THE HOCKADAY SCHOOL, *By and Through Its Board of Trustees*; MEREDITH LEYENDECKER, *Individually*; BETH TAYLOR, *Individually*; JOHN SUGHRUE, *Individually*; LACIE DARNELL, *In both Individual and Official Capacities*; MICHAEL CHARLES KELLER, *In both Individual and Official Capacities*; THE COUNTY OF DALLAS, TEXAS; THE CITY OF DALLAS, TEXAS,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-759

_____

Before WIENER, GRAVES, and DUNCAN, *Circuit Judges*.

J U D G M E N T

No. 20-11054

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellees pay to Appellant the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued as the mandate on** Jun 24, 2022

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 24, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 20-11054   Miller v. Dunn
                          USDC No. 3:20-CV-759

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Charles B. Whitney, Deputy Clerk
                          504-310-7679

cc:
    Mr. Bradley B. Miller