IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRADLEY B. MILLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:20-cv-759-E |
| | § | |
| VIRGINIA TALLEY DUNN, ET AL., | § | |
| | § | |
| Defendants. | § | |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that (i) Plaintiff Bradley B. Miller's motion for leave to amend, (ECF. No. 26), is DENIED; (ii) Plaintiff's claims arising under federal law are DISMISSED WITH PREJUDICE; and (iii) Plaintiff's remaining state law claims are DISMISSED WITHOUT PREJUDICE to allow him to pursue those claims in a state court if he so chooses.

SIGNED this 27th day of March, 2024

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE